RAY F. SALTSMAN, as Administrator with the Will Annexed of PUNDERSON WEST, Deceased, Respondent, v. ANNA M. GREENE et al., Respondents.

THE BAPTIST MISSIONARY CONVENTION OF THE STATE OF NEW YORK, Appellant.

(Submitted June 8, 1931; decided June 16, 1931.)

Motion to amend remittitur denied. (See 256 N. Y. 636.)